**Prepared and Submitted By:**

Anthony C. Kaye (#8611)
Steven D. Burt (#11522)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
kaye@ballardspahr.com
burts@ballardspahr.com

Attorneys for Defendant Nationstar Mortgage

FILED
U.S. DISTRICT COURT

2014 JAN 17 ᗡ 3: 04

DISTRICT OF UTAH

BY:‾‾‾‾‾‾‾‾‾‾
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON LUNT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECT MORTGAGE CORPORATION; NATIONSTAR MORTGAGE; JAMES H. WOODALL, Trustee, and DOES 1-10,<br><br>Defendants. | **ORDER**<br><br>Case No.: 1:13-cv-00065 DB<br><br>Honorable Dee Benson |

Motions to dismiss filed by Defendants Nationstar Mortgage (Dkt. No. 39), James H. Woodall (Dkt. No. 40) and Direct Mortgage Corporation (Dkt. No. 43) came on for hearing on January 7, 2014 at 11:00 AM. Plaintiff Jason Lunt was represented by Judson T. Pitts; Nationstar was represented by Steven Burt and Anthony Kaye; James H. Woodall was represented by Bradley Carr; and Direct Mortgage was represented by Daniel Brough.

Based on the motions and memoranda and the arguments of counsel, and good cause appearing, and in accordance with the Minute Order entered by the Court on January 7, 2014 (Dkt. No. 56), it is hereby ORDERED that:

1. The motions to dismiss are GRANTED.

2. With the exception of his Fourteenth Cause of Action, each of Plaintiff's causes of action is dismissed WITH PREJUDICE. Plaintiff's Fourteenth Cause of Action is dismissed WITHOUT PREJUDICE.

3. Plaintiff may file a motion for leave to amend the complaint to assert a cognizable quiet title claim, if possible, or a contract-based claim, if possible, against the defendants presently in this case.

4. Plaintiff's motion for leave to amend must be filed no later than February 7, 2014.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

DATED this 17 day of January 2014.

BY THE COURT

*Dee Benson*

Honorable Dee Benson
United States District Court Judge

APPROVED AS TO FORM:

/s/ Steven Burt
Anthony C. Kaye, Esq.
Steven D. Burt, Esq.
BALLARD SPAHR LLP
Attorneys for Defendant, Nationstar Mortgage

/s/ Judson Pitts
Judson T. Pitts, Esq.
*(signed by filing attorney with permission)*
WIMMER & PITTS, P.C.
Attorney for Plaintiff, Jason Lunt

/s/ Daniel Brough
Daniel K. Brough, Esq.
Eric B. Vogeler, Esq.
*(signed by filing attorney with permission)*
BENNETT TUELLER JOHNSON & DEERE PC
Attorney for Defendant, Direct Mortgage, Corp.

/s/ Bradley Carr
K. Bradley Carr
*(signed by filing attorney with permission)*
LAW OFFICES OF JAMES H. WOODALL
Attorney for Defendant, James H. Woodall