IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| JASON LUNT, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>DIRECT MORTGAGE CORPORATION; NATIONSTAR MORTGAGE; AURORA LOAN SERVICES, LLC; AURORA BANK, FSB; AND DOES 1-10,<br><br>    Defendants. | ORDER GRANTING MOTION<br>FOR LEAVE TO AMEND<br><br><br><br>Case No. 1:13-CV-65<br><br><br><br>Judge Dee Benson |

    This matter is before the Court on Plaintiff's Motion for Leave to Amend.  (Dkt. No. 58.) Defendants oppose Plaintiff's motion as futile.  (Dkt. Nos. 61, 62.)  Specifically, Defendants assert that even if Plaintiff's motion is granted, Plaintiff's Amended Motion would fail on both statute of limitations and ratification grounds.  While such arguments may have merit, they are more procedurally appropriate in summary judgment.

    Having considered the briefs and oral arguments presented by counsel, and the

requirements set forth in Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Court hereby GRANTS Plaintiff's Motion for Leave to Amend.

DATED this 20th day of June, 2014.

_____
Dee Benson
United States District Judge